S:\FILES\5266_OCTAVIA\5266R7.1.DOC

KENNEDY LILLIS SCHMIDT & ENGLISH
Thomas M. Grasso, Esq. (TG3737)
75 Maiden Lane – Suite 402
New York, N.Y. 10038-4635
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Weyerhaeuser Company and Hengan Jinjiang Household Products Co., Ltd. | Civ.    (  ) |
| Plaintiffs, | RULE 7.1 CERTIFICATE |
| - v. - | |
| M/V OCTAVIA, her engines, boiler, etc., <u>in rem</u>, and Overseas Orient Container Lines and "Westvia" Schiffahrts GmbH & Co., <u>in personam</u> | |
| Defendants. | |

JUDGE McMAHON

07 CV 11308

RECEIVED DEC 17 2007 U.S.D.C. S.D.N.Y. CASHIERS

     Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the party certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

     Weyerhaeuser Company

December 17, 2007            KENNEDY LILLIS SCHMIDT & ENGLISH
New York, New York           Attorneys for Plaintiffs

                             By: _____
                                 Thomas M. Grasso, Esq. (TG3737)
                                 75 Maiden Lane, Suite 402
                                 New York, New York  10038
                                 (212) 430-0800