AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS IN A CIVIL CASE, COMPLAINT |
| EFFECTED (1) BY ME: | MALGORZATA SLADEK |
| TITLE: | PROCESS SERVER   DATE: 04/02/2008 02:59PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

OVERSEAS ORIENT CONTAINER LINES, C/O OOCL (USA), INC.

Place where served:

WALL ST. PLAZA  88 PINE ST. 8TH FLOOR NEW YORK NY 100##

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

VANESA ARENA

Relationship to defendant: MANAGING AGENT

Description of person accepting service:

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: BLACK   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

212-428-2200

### STATEMENT OF SERVER

TRAVEL $ _____.___          SERVICES $ _____.___          TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 04/02/2008

_____ L.S.
SIGNATURE OF MALGORZATA SLADEK
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

Linda Grumble  4/2/2008
LINDA GRUMBLE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Nov. 9, 2012

| | |
|---|---|
| ATTORNEY: | THOMAS M. GRASSO, ESQ. |
| PLAINTIFF: | WEYERHAEUSER CO., ET AL |
| DEFENDANT: | M/V OCTAVIA, ET AL |
| VENUE: | DISTRICT OF NY |
| DOCKET: | 07 CV 11308 |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.